UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON YEARY ) | 10-cv-11076 (GAO) |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| FORD MOTOR COMPANY, ) | JULY 2, 2010 |
| ) | |
| Defendant ) | |

## FORD MOTOR COMPANY'S UNOPPOSED MOTION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE PLAINTIFF'S COMPLAINT

The defendant, Ford Motor Company (Ford), moves pursuant to Fed. R. Civ. P. 6(b)(1)(A) for an entry of an order extending by 14 days the date by which it must answer or otherwise respond to the plaintiff's Complaint to a date up to and including July 16, 2010.

As grounds for its motion, Ford states that it requires additional time to investigate the plaintiff's allegations and to file its responsive pleading. Ford states that this motion constitutes its first motion for an extension of time to file its responsive pleading and the plaintiff does not oppose the motion.

For the foregoing reasons, Ford Motor Company's motion to extend the time to answer or otherwise respond to the plaintiff's Complaint to a date up to and including July 16, 2010 should be allowed.

## LOCAL RULE 7.1 (A)(2) CERTIFICATION

The undersigned counsel certifies that she conferred with plaintiff's counsel, Richard Sullivan, on July 1, 2010 and the plaintiff has no objection to said extension.

**FORD MOTOR COMPANY**

By its Attorneys,

/s/ Michelle I. Schaffer
James M. Campbell (BBO# 541882)
Michelle I. Schaffer (BBO# 552383)
Campbell Campbell Edwards & Conroy
One Constitution Center
Boston, MA 02129
Telephone: 617-241-3000
Fax: 617-241-5115

## CERTIFICATION

I hereby certify that on July 2, 2010, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Richard J. Sullivan
Ralph Cafarelli
40 Washington Street
Wellesley, MA 02481

/s/ Michelle I. Schaffer
Michelle I. Schaffer