UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON YEARY,<br>    Plaintiff<br><br>vs.<br><br>FORD MOTOR COMPANY,<br>    Defendant | 10-cv-11076 (GAO) |

**FORD MOTOR COMPANY'S MOTION TO
COMPEL THE PLAINTIFF TO SERVE DISCOVERY RESPONSES AND
RETURN EXECUTED MEDICAL RECORDS AUTHORIZATIONS**

The defendant Ford Motor Company (Ford) moves pursuant to Fed. R. Civ. P. 37(a)(3)(B) for entry of an order compelling the plaintiff to serve full and complete responses to Ford's First Set of Interrogatories to the Plaintiff Jason Yeary, Ford's First Request for Production of Documents to the Plaintiff Jason Yeary, and Ford's Request for Executed Medical Authorizations from the Plaintiff Jason Yeary to obtain a complete set of his medical records, within fifteen (15) days of the Court's Order.

As grounds for its motion, Ford states (as more fully set forth in its supporting memorandum) that the plaintiff's responses are significantly overdue. Despite reasonable accommodation by Ford to permit the plaintiff additional time to serve the responses, the plaintiff has failed to do so. Any further delay will prejudice Ford in completing discovery.

For the foregoing reasons, Ford's motion to compel the plaintiff to serve discovery responses requiring the plaintiff to serve full and complete responses, and

1

return executed medical authorizations to Ford, within fifteen (15) days should be allowed.

## LOCAL RULE 37.1 CERTIFICATION

The undersigned counsel certifies, pursuant to L. Civ. R. 37.1 that she has conferred with counsel for the plaintiff in a good faith attempt to narrow the areas of disagreement to the greatest extent possible. Plaintiff's counsel informed the undersigned counsel that he is unable to provide the requested discovery and therefore agreed that a motion seeking intervention from the Court is necessary.

**FORD MOTOR COMPANY**

By its Attorneys,

/s/ Michelle I. Schaffer
James M. Campbell (BBO# 541882)
Michelle I. Schaffer (BBO# 552383)
Campbell Campbell Edwards & Conroy
One Constitution Center
Boston, MA 02129
Telephone: 617-241-3000
Fax: 617-241-5115
mschaffer@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2011 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail and first class mail to all parties.

Ralph Cafarelli, Esquire
Sullivan & Sullivan
40 Washington Street
Wellesley, MA 02481

/s/ Michelle I. Schaffer
Michelle I. Schaffer-